# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:17-MJ-4180-JTR-1 |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE |
| vs. | |
| ALISHIA FAYE JACKSON, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Leave of Court is granted for filing of the foregoing dismissal without prejudice. The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED October 3, 2017.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION - 1